| | | |
|---|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Prime Prometics, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-3083<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 23, 2026

***/s/ Alison Chan***

Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (929)-442-2154
Email: achan@ealg.law
*Attorney for Plaintiff*

/s/ *Rachel S. Mahoney*

By: Rachel S. Mahoney, 6330303
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: (312) 463-3426
F: (312) 345-1778
Rachel.mahoney@lewisbrisbois.com
*One of the Attorneys for Defendant*